

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-15-00691-CV

Armando **HERNANDEZ** and Nancy Hernandez,
Appellants

v.

Mario **SALDIVAR**, Fernando Saldivar, Jorge Calderon and Jorge Saldivar,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17077
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The trial court signed its judgment on August 5, 2015. Because a timely motion for new trial was filed, the notice of appeal was due on November 3, 2015, ninety days after the date the judgment was signed. TEX. R. APP. P. 26.1(a)(1). Appellants filed both a notice of appeal and a motion for extension of time to file the notice of appeal on November 4, 2015, within the fifteen-day grace period provided by Rule 26.3. TEX. R. APP. P. 26.3. Appellees filed a response opposing appellants' request for an extension to file the notice of appeal. Appellants' motion for extension states a reasonable explanation for failing to file the notice of appeal in a timely manner. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); TEX. R. APP. P. 26.3, 10.5(b)(1)(C). Accordingly, the appellants' motion for extension of time to file notice of appeal is GRANTED. The appellate record is due on December 3, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court